THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LESLIE KOFFI and YASSINE TOUIL, | CASE NO. C19-0952-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CHAD WOLF, Acting Secretary of Homeland Security | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 6th day of December 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0953-JCC
PAGE - 1